# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U-HAUL CO. OF NEVADA INC., a Nevada corporation; and U-HAUL INTERNATIONAL, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY J. KAMER, LTD d/b/a KAMER ZUCKER & ABBOTT, a Nevada professional corporation; DEBRA WILCHER, a Nevada resident; NATHAN W. ALBRIGHT, a Virginia resident; STEVEN WAMSER, a Nevada resident; DOES 1-10, inclusive, and ROE CORPORATIONS 1-10 inclusive,<br><br>Defendants. | 2:06-cv-618-RCJ-PAL<br><br>ORDER |

This case returns to the Court as a result of a partial remand from the U.S. Court of Appeals for the Ninth Circuit. Currently before the Court is a Motion for Reconsideration (#70) filed by Plaintiffs before they appealed. In light of the Ninth Circuit's opinion (#92), the Court denies, as moot, Plaintiffs' motion for reconsideration. Additionally, pursuant to the Ninth Circuit's opinion, the Court reinstates Plaintiffs' claims against Nathan Albright, Debra Wilcher, and Kamer Zucker & Abbott.

## CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiffs' Motion for Reconsideration (#70) is DENIED as moot.

///

///

1  IT IS FURTHER ORDERED that Plaintiffs' claims against Nathan Albright, Debra
2  Wilcher, and Kamer Zucker & Abbott are hereby reinstated.
3  DATED: December 27, 2010

_____
United States District Judge