1  Dennis L. Kennedy
   Nevada Bar No. 1462
2  Kimberly R. McGhee
   Nevada Bar No. 9728
3  BAILEY❖KENNEDY
   8984 Spanish Ridge Avenue
4  Las Vegas, NV  89148-1302
   Phone: (702) 562-8820
5  Fax: (702) 562-8821
   dkennedy@baileykennedy.com
6  kmcghee@baileykennedy.com

7  Scot L. Claus
   Arizona Bar No. 014999
8  MARISCAL, WEEKS, McINTYRE
       & FRIEDLANDER, P.A.
9  2901 North Central Avenue, Suite 200
   Phoenix, Arizona 85012-2705
10 Phone: (602) 285-5000
   Fax: (602) 285-5100
11 scot.claus@mwmf.com

12 *Attorneys for Plaintiffs*

13                    **UNITED STATES DISTRICT COURT**

14                           **DISTRICT OF NEVADA**

| | |
|---|---|
| 15  U-HAUL CO. OF NEVADA, INC., a Nevada corporation; and U-HAUL INTERNATIONAL, INC., a Nevada corporation, | Case No.: 2:06-cv-618-RCJ-PAL |
| 17                Plaintiffs, | **ORDER PURSUANT TO FRE 502 ADOPTING TERMS OF PRIVILEGE AND CLAWBACK AGREEMENT** |
| 18        vs. | |
| 19  GREGORY J. KAMER, LTD. d/b/a KAMER ZUCKER & ABBOTT, a Nevada professional corporation; DEBRA WILCHER, a Nevada resident; NATHAN W. ALBRIGHT, a Virginia resident; STEVEN WAMSER, a Nevada resident; DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive, | |
| 23                Defendants. | |

25

1    The parties having submitted their Joint Discovery Plan and Proposed Scheduling Order
2 #120 which contained as Exhibit A the Privilege and Clawback Agreement duly executed by
3 counsel for all parties, and for good cause demonstrated does order as follows:
4    IT IS HEREBY ORDERED that the terms and conditions of the Privilege and Clawback
5 Agreement are approved and made a part of this Order.
6    IT IS FURTHER ORDERED that pursuant to FRE 502(d) that the privilege or protection
7 is not waived by disclosure connected with the litigation pending before this Court in Case No's
8 2:06-cv-618-RCJ-PAL and 2:08-cv-00729-KJD-RJJ and also not a waiver in any other Federal
9 or State proceeding.
10 DATED this 20th day of October, 2011.

_____
United States Magistrate Judge

14 Respectively submitted by:

BAILEY❖KENNEDY

By  */s/ Kimberly R. McGhee*
    DENNIS L. KENNEDY
    KIMBERLY R. McGHEE
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302
    (702)562-8820

    Scot L. Claus
    Arizona Bar No. 014999
    MARISCAL, WEEKS, McINTYRE
       & FRIEDLANDER, P.A.
    2901 North Central Avenue, Suite 200
    Phoenix, Arizona 85012-2705
    Phone: (602) 285-5000
    Fax: (602) 285-5100
    scot.claus@mwmf.com

    *Attorneys for Plaintiffs*