Dennis L. Kennedy
Nevada Bar No. 1462
Kimberly R. McGhee
Nevada Bar No. 9728
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV  89148-1302
Phone: (702) 562-8820
Fax: (702) 562-8821
dkennedy@baileykennedy.com
kmcghee@baileykennedy.com

Scot L. Claus
Arizona Bar No. 014999
MARISCAL, WEEKS, McINTYRE
    & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100
scot.claus@mwmf.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U-HAUL CO. OF NEVADA, INC., a Nevada corporation; and U-HAUL INTERNATIONAL, INC., a Nevada corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GREGORY J. KAMER, LTD. d/b/a KAMER ZUCKER & ABBOTT, a Nevada professional corporation; DEBRA WILCHER, a Nevada resident; NATHAN W. ALBRIGHT, a Virginia resident; STEVEN WAMSER, a Nevada resident; DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:06-cv-618-RCJ-PAL<br><br>**ORDER PURSUANT TO FRE 502 ADOPTING TERMS OF PRIVILEGE AND CLAWBACK AGREEMENT** |

The parties having submitted their Joint Discovery Plan and Proposed Scheduling Order #120, which contained as Exhibit A the Privilege and Clawback Agreement duly executed by counsel for all parties, and for good cause demonstrated does order as follows:

IT IS HEREBY ORDERED that the terms and conditions of the Privilege and Clawback Agreement are approved and made a part of this Order.

IT IS FURTHER ORDERED that pursuant to FRE 502(d) that the privilege or protection is not waived by disclosure connected with the litigation pending before this Court in Case No's 2:06-cv-618-RCJ-PAL and 2:08-cv-00729-KJD-RJJ and also not a waiver in any other Federal or State proceeding.

DATED this 20th day of October, 2011.

_____
United States Magistrate Judge

Respectively submitted by:

BAILEY❖KENNEDY

By  */s/ Kimberly R. McGhee*
DENNIS L. KENNEDY
KIMBERLY R. McGHEE
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
(702)562-8820

Scot L. Claus
Arizona Bar No. 014999
MARISCAL, WEEKS, McINTYRE
   & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100
scot.claus@mwmf.com

*Attorneys for Plaintiffs*